| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>UNITED STATES OF AMERICA,<br><br>    -against-<br><br>SELWYN RAMPHAL,<br><br>       Defendant.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/27/2024<br><br><br>1:24-cr-653-GHW-2<br><br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

  A proceeding in this matter will take place on December 3, 2024 at 4:30 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Ramphal and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

  SO ORDERED.

Dated: November 27, 2024

                _____
                GREGORY H. WOODS
                United States District Judge