**GOTLIB LAW**

# MEMORANDUM ENDORSED

April 28, 2025

*Via* ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2025

The Honorable Gregory H. Woods
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Shah, et al.,* 24 Cr. 653 (GHW)

Dear Judge Woods:

I represent Selwyn Ramphal in the above-captioned matter pursuant to the Criminal Justice Act. I write to respectfully request that the Court authorize me to submit interim vouchers. As a sole practitioner, given the amount of time I have dedicated to this matter to date and anticipate dedicating to it in the future, having to wait until the completion of the matter to file a voucher would be a financial hardship. Accordingly, I respectfully request that the Court authorize me to submit interim vouchers in this matter. I thank the Court for its consideration.

    Respectfully Submitted,

    /s/

    Valerie A. Gotlib

Cc: All counsel of record (*via* ECF)

---

Application denied without prejudice. Counsel is directed to develop a case budget in consultation with the Second Circuit budgeting attorney. After the budget has been developed and approved, the Court will entertain a request to approve interim vouchers with the expectation that the aggregate billing will fall within the approved budget. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.
SO ORDERED.
Dated: April 29, 2025
New York, New York

    _____
    GREGORY H. WOODS
    United States District Judge