```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :
UNITED STATES OF AMERICA,              :
                                                  :
           -v-                                :          1:24-cr-653-GHW-2
                                                  :
SELWYN RAMPHAL,                        :          <u>ORDER</u>
                                                  :
                      Defendant.      :
                                                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the United States of America, by and through JAY CLAYTON, United States Attorney for the Southern District of New York, PATRICK MORONEY and MATTHEW WEINBERG, Assistant United States Attorneys, of counsel, and with the consent of SELWYN RAMPHAL, by and through his attorney, VALERIE A. GOTLIB, it is hereby ORDERED that the status conference as to Mr. Ramphal in this case is continued from August 13, 2025 to October 6, 2025 at 2:00 p.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Ramphal in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through October 6, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), with respect to Mr. Ramphal.

      SO ORDERED.

Dated: August 8, 2025
New York, New York

                                                  _____
                                                      GREGORY H. WOODS
                                                    United States District Judge