UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,           :

                             :

          -against-          :

                             :

SELWYN RAMPHAL,             :          1:24-cr-653-GHW-2

                             :

             Defendant.    :           ORDER

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for May 29, 2026 at 12:00 p.m. is rescheduled. The hearing will take place on May 29, 2026 at 12:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

       SO ORDERED.

Dated: May 26, 2026
New York, New York

                            _____
                               GREGORY H. WOODS
                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2026