# GOTLIB LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/24/2026__

June 23, 2026

**MEMORANDUM ENDORSED**

***Via* Email**

The Honorable Gregory H. Woods
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Shah, et al.,* 24 Cr. 653 (GHW)

Dear Judge Woods

I represent Selwyn Ramphal in the above-captioned matter. I write with the consent of the government to respectfully request that the conditions of Mr. Ramphal's probation be modified to permit him to travel throughout New York state and New Jersey without prior permission from probation. This is the first request for a modification. I note that Mr. Ramphal had no travel restrictions imposed while he was on pretrial supervision. I have contacted Mr. Ramphal's probation officer, Samnatha Bailey, by phone and email to obtain her position but she has not responded to my attempts. I thank the Court for its consideration.

Respectfully Submitted,

/s/

Valerie A. Gotlib

Cc:  All counsel of record (*via* ECF)
     U.S.P.O. Samantha Bailey (*via* Email)

Application granted.  The conditions of Mr. Ramphal's probation are modified as follows:  the defendant may travel to throughout New York State and New Jersey without prior permission from the Probation Office.  All other conditions of the defendant's probation remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 65.
SO ORDERED.

Dated:  June 24, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

**Gotlib Law, PLLC**
**20 Vesey Street | Suite 400 | New York | NY | 10007**
**T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com**